IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EVAN McGINLEY,<br>　　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF TEXAS,<br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>No. 3:22-cv-50-M-BT |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

　　The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 17, 2022. The Court has reviewed the Findings, Conclusion, and Recommendation for plain error and has found none.

　　**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

　　**SO ORDERED** this 28th day of March, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE